413 A.2d 1122

Commonwealth v. Henderson, Appellant.

Submitted September 15, 1978. John W. Packel, Assistant Public Defender, Chief, Appeals Division, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

413 A.2d 1123

Commonwealth v. Holena, Appellant.

Submitted December 8, 1978. John J. Thomas, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Order affirmed.